FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 NOV -4 PM 3:25
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAVIER GARCIA-RODRIGUEZ, )
)
Petitioner, )
)
v. ) CASE NO. CV414-174
)
UNITED STATES OF AMERICA, )
)
Respondent. )
)

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 14), to which an objection has been filed (Doc. 16). After a careful de novo review of the record, the Court finds Petitioner's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion. As a result, Petitioner's 28 U.S.C. § 2255 Petition is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 4th day of November 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA