FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 DEC 16 PM 2:44
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAVIER GARCIA-RODRIGUEZ, )
)
    Petitioner, )
)
v. ) CASE NO. CV414-174
)           CR413-116
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Before the Court is Petitioner's Motion for Certificate of Appealability. (Doc. 19.) Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the court issues a Certificate of Appealability. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). After careful consideration, the Court finds that Petitioner cannot meet the above standard. Accordingly, the motion (Doc. 19) is **DENIED**.

SO ORDERED this 16th day of December 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA